CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 SEP 10 PM 1:34

DEPUTY CLERK_____

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### ABILENE DIVISION

UNITED STATES OF AMERICA

v.

LORENZO SALGADO

No. **1-14CR-052-C**

## INDICTMENT

The Grand Jury Charges:

### Count One
**Bribery of Public Officials and Aiding and Abetting**
(Violation of Title 18 U.S.C. § 201(b)(1)(C); and 18 U.S.C. § 2)

Beginning in or about February 2013, and continuing to in or about June 2013, in the Abilene Division of the Northern District of Texas, in a matter within the jurisdiction of an agency of the United States, the United States Department of Justice, at the Big Spring Correctional Center (BSCC), a correctional facility under contract with the GEO Group, Inc., in which persons are held in custody by direction of and pursuant to a contract with the head of a Federal agency, the United States Department of Justice, defendant **Lorenzo Salgado (Salgado)**, an inmate at the BSCC, did knowingly, willfully, and unlawfully, directly and indirectly corruptly, give, offer and promise a thing of value to Ronald Craig Maxwell, a public official at the BSCC, that is, an employee and person acting for and on behalf of the United States, to induce such

Indictment (Lorenzo Salgado) – Page 1

public official to do and omit to do any act in violation of the lawful duty of such public official, that is, bringing contraband in the form of alcohol and tobacco to defendant **Salgado** at the BSCC in exchange for money and the payment of money to Ronald Craig Maxwell.

A violation of Title 18, United States Code, Section 201(b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

PAULINA M. JACOBO
Assistant United States Attorney
Texas State Bar No. 10516700
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806.472.7351
Facsimile:   806.472.7394
Email:       paulina.jacobo@usdoj.gov

Indictment (Lorenzo Salgado) – Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

THE UNITED STATES OF AMERICA

v.

LORENZO SALGADO

INDICTMENT

COUNT 1:       BRIBERY OF PUBLIC OFFICIALS AND
               AIDING AND ABETTING
               Title 18, United States Code, Sections 201(b)(1)(C) and 2.
               (1 COUNT)

A true bill rendered:

Lubbock                                                              Foreperson

Filed in open court this _10th_ day of September, 2014.

                                                                    Clerk

ARREST WARRANT TO ISSUE

UNITED STATES MAGISTRATE JUDGE